```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------X
MAURICE WALLACE                               AMENDED
                                          ORDER OF DISMISSAL
    -V-                                    FOR LACK OF ACTIVITY,
                                      ADOPTING REPORT & RECOMMENDATION

                                            CV 08-4902 (JS)(WDW)
SUFFOLK CO.
-----------------------------------------X
```

APPEARANCES:
For Plaintiff:
Maurice Wallace, *Pro Se*
#419638
Suffolk Co. Correctional Facility
110 Center Dr.
Riverhead  NY 11901

For Defendants:
Richard Dunne, Esq.
Suffolk Co. Attorney's Office
P.O. Box 6100
Hauppauge  NY 11788

SEYBERT, DISTRICT JUDGE:

The above-captioned case was filed on Nov. 24, 2008. By this Court's Order dated Aug. 5, 2009 (docket entry [6]), three other actions were consolidated into it: CV 09-354, -355, and -1929.

In his Order dated Mar. 5, 2010 (docket entry [17]), Magistrate Judge William D. Wall directed the plaintiff to file a narrative statement by Mar. 31, 2010, or else Judge Wall would recommend dismissal *with prejudice*. As the plaintiff did not do so, a Report & Recommendation was issued on Apr. 14, 2010 (docket entry [18]). There was no objection to the Report & Recommendation, so it is ADOPTED in its entirety.

IT IS HEREBY ORDERED that this case be dismissed *with prejudice* for lack of prosecution, pursuant to Rule 41(b), Federal Rules of Civil Procedure. The Clerk of Court is directed to amend his judgment and keep the case closed.

SO ORDERED.

/s/ JOANNA SEYBERT
JOANNA SEYBERT
U.S. DISTRICT JUDGE

Dated: Central Islip, New York
       June 28, 2010